UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

AGUSTA YOUNG,

        Plaintiff,

v.

WINDHAM PROFESSIONALS, INC.,

        Defendant.

Civil Action No.10-cv-00371

---

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Agusta Young, hereby voluntarily dismisses this action against Defendant Windham Professionals, Inc., with prejudice.

DATED:  October 21, 2010

*(signature)*
Seth Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884